**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Action No. 15-00117-CG-N** |
| ) | |
| **JONATHAN LAWRENCE ONEAL,** ) | |
|     **Defendant.** ) | |

## ORDER

The Defendant, JONATHAN LAWRENCE ONEAL, through counsel, has filed a notice of intent to plead guilty to Count TWO of the indictment. (*See* Doc. 22). Accordingly, the follow-up pretrial conference set for July 24, 2015, at 10:00 a.m. (*see* Doc. 20) is **CANCELED**, and this action is set for a guilty plea hearing pursuant to Federal Rule of Criminal Procedure 11 on **Wednesday, July 29, 2015, at 1:00 p.m.**, in **Courtroom 2B** of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama 36602, before United States District Judge Callie V.S. Granade. ***The Defendant shall be present for this hearing.***

The Defendant advises that this plea will be pursuant to a plea agreement. ***The written plea agreement is due to be filed no later than the day prior to the date of the guilty plea hearing.*** If there is ultimately to be no plea agreement, a notice stating that it will be a blind plea must be filed by the same deadline. If the Defendant chooses not to plead as set forth above, counsel shall ***immediately*** notify the undersigned (chambers phone: 251-690-3200).

**DONE** and **ORDERED** this the 23rd day of July 2015.

                                          */s/ Katherine P. Nelson*
                                          **KATHERINE P. NELSON
                                          UNITED STATES MAGISTRATE JUDGE**