IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 15-00117-CG |
| | : | |
| JONATHAN LAWRENCE ONEAL | : | |

**POSITION WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the defendant and states that he has no objections to the sentencing guideline calculations contained in the draft Presentence Investigation Report.

/s/ Peter J. Madden
PETER J. MADDEN
Assistant Federal Defender
MADDP5495
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36002
(251)433-0910
(251)433-0686 (fax)
peter_madden@fd.org

**CERTIFICATE OF SERVICE**

I, Peter J. Madden, do hereby certify that I have served a true and correct copy of the above notice on the appropriate parties by electronic delivery/ECF filing on this 22nd day of October, 2015.

/s/ Peter J. Madden
PETER J. MADDEN